

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARK WILLIAMS                                                                    PLAINTIFF

VS.                                                        CIVIL ACTION NO. 3:05cv484HTW-JCS

LEXTRON-VISTEON AUTOMOTIVE
SYSTEMS, LLC, VISTEON CORPORATION,
AND CHARLES J. DOTY, INDIVIDUALLY                                     DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the joint motion and stipulation (filed August 23, 2006) of Plaintiff Mark Williams and Defendant Visteon Corporation to dismiss Visteon Corporation from this action with prejudice, and the Court, having considered such motion, and being advised that the Defendants Lextron-Visteon Automotive Systems, LLC and Charles Doty have no objection to the requested dismissal with prejudice of Visteon Corporation, and being otherwise fully advised in the premises, is of the opinion that said joint motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Defendant Visteon Corporation be, and it is hereby, **DISMISSED** from this action **WITH PREJUDICE,** with the parties to bear their own respective costs and attorneys' fees.

**SO ORDERED AND ADJUDGED,** this the 9th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Louis H. Watson, Jr.*
LOUIS H. WATSON, JR., ESQ. (MS. BAR NO. 9053)
ROBERT NICHOLAS NORRIS, ESQ. (MS. BAR NO. 101574)
LOUIS H. WATSON, JR., PA
520 E. CAPITOL STREET
JACKSON, MS 39201
TELEPHONE (601) 968-0000
COUNSEL OF RECORD FOR MARK WILLIAMS


*/s/ Walter J. Brand*
WALTER J. BRAND (MS BAR NO. 4313)
WATKINS & EAGER, PLLC
400 EAST CAPITOL STREET, SUITE 300 (39201)
P. O. BOX 650
JACKSON, MISSISSIPPI 39205
TELEPHONE: (601) 948-6470
COUNSEL OF RECORD FOR VISTEON CORPORATION


*/s/ Vikki J. Taylor*
VIKKI J. TAYLOR, ESQ. (MS. BAR NO. 9540)
WATKINS, LUDLAM, WINTER & STENNIS
633 N. STATE STREET
JACKSON, MS 39205-0427
TELEPHONE (601) 949-4900
COUNSEL OF RECORD FOR LEXTRON-VISTEON
AUTOMOTIVE SYSTEMS, LLC AND CHARLES DOTY